1042

[No. 23505-0-III.   Division Three.   February 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JUSTIN RAY MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00078-8, Kenneth L. Jorgensen, J., entered October 26, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 23543-2-III.   Division Three.   February 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID LLOYD MECKELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00551-8, Neal Q. Rielly, J., entered October 20, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 23561-1-III.   Division Three.   February 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL J. TENNYHILL, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00560-8, Vic L. VanderSchoor, J., entered November 17, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 23667-6-III.   Division Three.   February 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES R. KEYES, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 97-1-00028-6, Salvatore F. Cozza, J., entered November 18, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.